UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BECKY BARRY; JACKIE BRADFORD-           :
THOMAS; RHONDA CRASS; PATRICIA          :
DUVAL; CAROL GILLASPIA; ERNESTINE       :
GRAY; PEGGY GRIMES; DIANE HUDGINS;      :
LORENE JACKSON; NICHOLAS KURUSIS;       :
FREDDIE MARCELOUS; DONALD MARTIN;       :
DANIELA MARTON; DENISE MCCORMICK;       :
PAT MCENTIRE; PAULA MILARDO, CECILIA    :
NELSON; EFFIE PAGE, LIDA PALLER;        :
DOROTHY THOMPSON,                       :
                                        :
         Plaintiffs,                    :    Civil Action
v.                                      :    No. 04-11211-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
         Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

      Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 24, 2004                    Respectfully submitted,
      Boston, Massachusetts

                                            /s/Matthew J. Matule
                                            Matthew J. Matule (BBO #632075)
                                            SKADDEN, ARPS, SLATE,
Of Counsel:                               MEAGHER & FLOM LLP
Barbara Wrubel                          One Beacon Street
Katherine Armstrong                     Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                   (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                          Counsel for Defendant
                                            Boehringer Ingelheim Pharmaceuticals, Inc.