UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------- x
BECKY BARRY; JACKIE BRADFORD-            :
THOMAS; RHONDA CRASS; PATRICIA           :
DUVAL; CAROL GILLASPIA; ERNESTINE        :
GRAY; PEGGY GRIMES; DIANE HUDGINS;       :
LORENE JACKSON; NICHOLAS KURUSIS;        :
FREDDIE MARCELOUS; DONALD MARTIN;        :
DANIELA MARTON; DENISE MCCORMICK;        :
PAT MCENTIRE; PAULA MILARDO, CECILIA     :
NELSON; EFFIE PAGE, LIDA PALLER;         :
DOROTHY THOMPSON,                        :
                                         :
       Plaintiffs,                       :   Civil Action
v.                                       :   No. 04-11211-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                         :
       Defendants.                       :
----------------------------------- x
```

**CORPORATE DISCLOSURE STATEMENT
<u>OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.</u>**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement:

The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: June 24, 2004
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.